**SEALED**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

United States Courts
Southern District of Texas
FILED

MAR 16 2020

David J. Bradley, Clerk of Court

| UNITED STATES OF AMERICA | § | |
| --- | --- | --- |
| v. | § | |
| | § | CRIMINAL NO. C-20-946m |
| LIZA DIAZ | § | |
| | § | **UNDER SEAL** |

## MOTION TO SEAL COMPLAINT AND RELATED DOCUMENTS

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW the United States of America through its United States Attorney, Ryan K. Patrick, in and for the Southern District of Texas, and Lance Watt, Assistant United States Attorney, and moves the Honorable Court to seal the above-styled and numbered Complaint as knowledge of this Complaint at this time could compromise the arrest of the defendant.

WHEREFORE, PREMISES CONSIDERED, the United States respectfully requests the Court seal the above-entitled and numbered Complaint, this Motion to Seal and Order and the Arrest Warrant until the defendant is arrested.

Respectfully submitted,

RYAN K. PATRICK
UNITED STATES ATTORNEY

By: _____
LANCE WATT
Assistant United States Attorney
Federal Bar No. 606949
State Bar No. 24037681
800 N. Shoreline Blvd., Suite 500
One Shoreline Plaza
Corpus Christi, Texas 78401