**SEALED**

United States District Court
Southern District of Texas
**ENTERED**
March 16, 2020
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA § | |
| v. § | |
| § | CRIMINAL NO. C-20-946M |
| LIZA DIAZ § | |
| § | **UNDER SEAL** |

**ORDER**

After consideration of the Government's Motion to Seal the Complaint and Related Documents in the above-styled and numbered cause, it is hereby

ORDERED that the above-styled and numbered Complaint, Arrest Warrant and this Motion to Seal and Order be hereby SEALED.

It is further ORDERED that the Complaint and related documents will be unsealed upon the arrest of the defendant without the need for a further court order.

SIGNED this _16_ day of March, 2020.

JASON B. LIBBY
UNITED STATES MAGISTRATE JUDGE