UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF TEXAS

CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § | |
| v. | § § | CRIMINAL NUMBER C-20-946M |
| LIZA LEE DIAZ | § § | |

NOTICE OF RELATED CASES

COMES NOW the United States of America through Ryan K. Patrick, United States Attorney in and for the Southern District of Texas, and files the following NOTICE OF RELATED CASES:

| | |
|---|---|
| Case: | United States v. Lori Garay |
| Number: | C-20-1046M |
| Status: | Case scheduled to be presented at Grand Jury on June 10, 2020. |

Respectfully submitted,

RYAN K. PATRICK
UNITED STATES ATTORNEY

By:    s/ Lance Watt
LANCE WATT
Assistant United States Attorney