# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
## CORPUS CHRISTI DIVISION

UNITED STATES OF AMERICA     §

v.                        §    CRIMINAL NO._20-mj-946_____

Liza Lee Diaz

_____ §

## WAIVER OF PRELIMINARY HEARING AND/OR WAIVER OF DETENTION HEARING WITHOUT PREJUDICE

I, __Liza Lee Diaz_____, understand that I have been charged with an offense in a criminal complaint or indictment filed in this court, or charged with violating the terms of probation or supervised release in a petition filed in this court.  A magistrate judge has informed me of my right to a preliminary hearing under Fed. R. Crim. P. 5.1 or Fed. R. Crim. P. 32.1.  A magistrate judge has also informed me of my right to a detention hearing pursuant to 18 U.S.C. 3142, unless a District Judge has already determined that bond shall no be set in connection with a violation of supervised release.

( X )   I agree to voluntarily waive my right to a preliminary hearing under Fed. R. Crim. P. 5.1 or  Fed. R. Crim. P. 32.1.

( X )   I agree to voluntarily waive my right to a detention hearing pursuant to 18 U.S.C. § 3142 without prejudice.

DATE: _5/21/20_____

                            s/ Liza Lee Diaz (with permission)

                            _____
                            *Defendant's signature*

                            _____
                            *Signature of Defendant's Attorney*

                            Stephen W. Byrne
                            _____
                            *Printed Name of Defendant's Attorney*

1