Case No. 20FC-0466C

LIZA LEE GONZALES

IN THE 94TH DISTRICT COURT

## MOTION TO RELEASE SUSPECT AND SURETIES FROM BAIL

On January 30, 2020, LIZA LEE GONZALES date of birth January 24, 1981, suspect, was booked into the Nueces County Jail under number 10115991, on a charge of POSS CS PG 1 >= 1G < 4G, alleged to have been committed in Nueces County, Texas, on or about January 30, 2020. Bail was set at $0.00, on Liza Lee Gonzales. Suspect executed a bond in that amount and was released from jail.

At the request of Jason B. Supplee, Assistant District Attorney, the District Attorney's Office declines to prosecute this charge at this time and requests that the suspect and his sureties be released from further obligations under this bond.

*REASON: Case picked up by US Attorney's Office.*

*Jason B. Supplee*
ATTORNEY FOR THE STATE

## ORDER RELEASING SUSPECTS AND SURETIES FROM BAIL

The foregoing motion having been presented to and considered by the court is granted. It is ordered that the suspect and his sureties are released from further obligations under the bond described in the motion.

Signed on this the ___ day of _____, 2020

JUDGE PRESIDING

Defendant's Exhibit 1
C-20-946M

# No Charge Form

SO No.: 10115991

Defendant: Liza Lee Gonzales

D.O.B: 01/24/1981

Victim: SOT; USA

No Charge Case No.: 20FC-0466C

Offense: POSS CS PG 1 >= 1G < 4G

Offense Date: 01/30/2020

Offense Report #:

Filing Officer: Blake Chapman

**Reason For No Charge (Must Be Specific):** <u>Prosecutorial Discretion; Case picked up by the US Attorney's Office</u>

Assistant District Attorney Approving: Jason B. Supplee

Signature of Assistant District Attorney: *Jason B. Supplee*

Approved: May 29, 2020

Case No. 20FC-0467C

LIZA LEE GONZALES

IN THE 94TH DISTRICT COURT

## MOTION TO RELEASE SUSPECT AND SURETIES FROM BAIL

On January 30, 2020, LIZA LEE GONZALES date of birth January 24, 1981, suspect, was booked into the Nueces County Jail under number 10115991, on a charge of TAMPER/FABRICATE PHYS EVID W/INTENT TO IMPAIR, alleged to have been committed in Nueces County, Texas, on or about January 30, 2020. Bail was set at $5,000.00, on Liza Lee Gonzales. Suspect executed a bond in that amount and was released from jail.

At the request of Jason B. Supplee, Assistant District Attorney, the District Attorney's Office declines to prosecute this charge at this time and requests that the suspect and his sureties be released from further obligations under this bond.

*REASON: Prosecutorial Discretion; Case picked up by US Attorney's Office.*

*(signed)* Jason B. Supplee
ATTORNEY FOR THE STATE

## ORDER RELEASING SUSPECTS AND SURETIES FROM BAIL

The foregoing motion having been presented to and considered by the court is granted. It is ordered that the suspect and his sureties are released from further obligations under the bond described in the motion.

Signed on this the 2 day of June, 2020.

JUDGE PRESIDING

FILED 2020 JUN -3 A 10: 29

# No Charge Form

SO No.: 10115991

Defendant: Liza Lee Gonzales

D.O.B: 01/24/1981

Victim: SOT; USA

No Charge Case No.: 20FC-0467C

Offense: TAMPER/FABRICATE PHYS EVID W/INTENT TO IMPAIR

Offense Date: 01/30/2020

Offense Report #:

Filing Officer: Blake Chapman

**Reason For No Charge (Must Be Specific):** <u>Prosecutorial Discretion; Case picked up by the US Attorney's Office</u>

Assistant District Attorney Approving: Jason B. Supplee

Signature of Assistant District Attorney: *Jason B. Supplee*

Approved: May 29, 2020

2020 JUN -3 A 10: 29
FILED