**UNITED STATES DISTRICT COURT**     **SOUTHERN DISTRICT OF TEXAS**

**CORPUS CHRISTI DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | Criminal No. 2:20−cr−00841 |
| | § | |
| v. | § | Judge Drew B. Tipton |
| | § | |
| LORI GARAY | § | |

## SCHEDULING ORDER

1. **ARRAIGNMENT¹ is scheduled for**     **July 14, 2020 at 10:00 AM**
   (Before Julie K. Hampton, Magistrate Judge)

2. **MOTIONS will be filed by no later than**     **10 working days after Arraignment**

   Except for motions to suppress evidence or to dismiss, include a certification that the movant and the respondent conferred in good faith and could not agree on proper disposition.

3. **RESPONSES will be filed no later than**     **10 working days after the Motion is filed**

4. **REPLIES will be filed no later than**     **7 working days after the Response is filed**

5. **PROPOSED JURY CHARGE and QUESTIONS shall be filed**     **3 working days prior to the Final Pretrial Conference**

4. **FINAL PRETRIAL CONFERENCE set for**     **July 23, 2020, 02:00 PM**
   (Before Drew B. Tipton, Judge)

5. **PROPOSED VOIR DIRE is set for**     **3 days before Jury Selection & Trial**

6. **JURY SELECTION and TRIAL set for**     **August 11, 2020, 09:00 AM**
   (Before Drew B. Tipton, Judge)

7. **Speedy Trial limits waived? (yes/no)**

8. **Estimated Time for Trial**

---

¹If the Defendant wishes to waive appearance at arraignment and enter a plea of not guilty, complete the attached waiver and file it with the Court using event **Waiver of Presence at Arraignment**, no later than 48 hours prior to the scheduled arraignment. When the waiver form is properly filed and accepted, the arraignment is automatically canceled and removed from the Court's calendar.

Direct questions about this schedule to:

    Kellie Papaioannou
    Case Manager to Hon. Drew B. Tipton
    Kellie_Papaioannou@txs.uscourts.gov
    (361) 693-6403

SIGNED the 6th of July 2020.

                                                          _____
                                                             Julie K. Hampton
                                                      United States Magistrate Judge

**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § | |
| v. | § § | Criminal No. 2:20–cr–00841 |
| _____ | § § | Defendant No. ____ |
| (*Print Defendant's name.*) | | |

## WAIVER OF PERSONAL APPEARANCE AT ARRAIGNMENT AND ENTRY OF A PLEA OF NOT GUILTY

  Now Comes Defendant in the above-referenced case who, along with his/her undersigned attorney, hereby acknowledges the following:

  (1) Defendant has received a copy of the Indictment and the United States Attorney's Penalty sheet. Defendant understands the charge(s) as well as the minimum and maximum penalties applicable to those charges;

  (2) Defendant understands he/she has the right to appear personally with his/her attorney before a Judge for Arraignment in open Court on this accusation. The Defendant further understands that, absent the present waiver, he/she will be arraigned in open Court;

  (3) Defendant has received a copy of the scheduling order and if on bond, the Defendant acknowledges that the failure to appear for scheduled court hearings will result in the issuance of an arrest warrant as well as subjecting him/her to a new federal felony charge of failure to appear for court proceedings;

  (4) Defendant, having conferred with his/her attorney in this regard, hereby waives personal appearance with his/her attorney at the arraignment, and tenders a plea of "not guilty."

_____ _____
Defendant              Date

_____ _____
Counsel for Defendant        Date

Approved:

_____ _____
U.S. MAGISTRATE JUDGE     Date

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| UNITED STATES OF AMERICA | § | |
|---|---|---|
| | § | |
| v. | § | Criminal No. 2:20−cr−00841 |
| | § | Defendant No. ____ |
| _____ | § | |

(*Print Defendant's name.*)

**NOTICE OF INTENTION TO ENTER A PLEA OF GUILTY**

Notice is hereby given to the Court and counsel for the United States of the defendant's intention to enter a plea of guilty.

_____
Counsel for Defendant

_____
Date

**CERTIFICATE OF SERVICE**

I certify that I notified counsel for the United States, _____, of the defendant's intention to enter a plea of guilty. I certify that a true copy of this notice was served on counsel for the United States.

_____
Counsel for Defendant